**JOHNSON CONTROLS, INC., Plaintiff–Appellant,**

v.

**SAFECO INSURANCE COMPANY OF AMERICA, Defendant–Appellee.**

No. 89–8710.

United States Court of Appeals, Eleventh Circuit.

July 22, 1991.

David R. Hendrick, Scott K. Tippett, Atlanta, Ga., for plaintiff-appellant.

John V. Burch, PC, Bovis, Kyle and Burch, Matthew D. Williams, Atlanta, Ga., for defendant-appellee.

Before TJOFLAT, Chief Judge, ANDERSON, Circuit Judge, and ESCHBACH [*], Senior Circuit Judge.

PER CURIAM:

Appellant Johnson Controls, Inc. brought suit against appellee Safeco Insurance Company of America seeking payment on a surety bond. Because this case involved an unanswered Georgia law issue involving the proper interpretation of O.C.G.A. § 10–7–24 (1989)'s three-month statute of limitations, we certified the question to the Supreme Court of Georgia pursuant to Ga. Const. art. VI, § 6 para. 4; O.C.G.A. § 15–2–9; and Rule 37 of the Supreme Court of Georgia. *Johnson Controls, Inc. v. Safeco Ins. Co. of America*, 913 F.2d 907 (11th Cir.1990).

The Supreme Court of Georgia has now answered the certified question in the affirmative. *Johnson Controls, Inc. v. Safeco Ins. Co. of America*, 261 Ga. 364, 404 S.E.2d 556 (1991). In light of the Supreme Court of Georgia's opinion, we affirm the

---

[*] Honorable Jesse E. Eschbach, Senior U.S. Circuit Judge for the Seventh Circuit, sitting by designation.

district court's grant of summary judgment in favor of Safeco.

AFFIRMED.